# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER GIRARD | : CASE NO.: 3:03CV0566(CFD) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| THE ARROW LINE, INC./COACH USA | : MAY 21, 2003 |
| | : |
| Defendant. | : |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(6), the defendant, The Arrow Line, Inc./Coach USA ("Arrow") moves this Court to dismiss Count Two of the Complaint on the basis that the plaintiff has failed to state a claim upon which relief may be granted.

In Count Two the plaintiff attempts to bring a cause of action for negligent infliction of emotional distress against the defendant, Arrow. The alleged facts of the complaint fail to establish that the plaintiff's claim is based on the defendant's unreasonable conduct in the employment termination process. The mere termination of employment is insufficient to sustain a claim for negligent infliction of emotional distress.

In support, the Court is respectfully referred to the attached memorandum of law.

WHEREFORE, the defendant prays for judgment dismissing Count Two of the Complaint.

DENIED, without prejudice to filing a motion for summary judgment. So ordered.

Christopher F. Droney
United States District Judge
12/ 9 /03