UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER GIRARD<br>    Plaintiff<br>Vs.<br><br>THE ARROW LINE, INC./COACH USA<br>    Defendant | :<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 3:03CV0566 (CFD)<br><br><br>DECEMBER 31, 2003 |

### DEFENDANT'S MOTION FOR ADDITIONAL EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

The defendant, The Arrow Line, Inc./Coach USA, respectfully requests from the Court an additional extension of time of 25 days, until January 31, 2004, in which to respond to the plaintiff's interrogatories and requests for production in the above-captioned case. The response was originally due on January 6, 2004.

Defendant requests this additional extension for the reason that because of holiday and vacation schedules, and the fact that The Arrow Line Inc. business was sold to another company in mid-2003, defendant's counsel has been delayed in contacting various individuals and obtaining all of the requested documentation to respond to the plaintiff's interrogatories and requests for production.

Plaintiff's counsel has been contacted and he has no objection to this request for additional time.

This is the first such request for an extension of time.

DEFENDANT

THE ARROW LINE, INC./COACH USA

By: Siegel, O'Connor, Zangari,
O'Donnell & Beck, P.C.
Its Attorneys
150 Trumbull Street
Hartford, CT 06103
(860) 727-8900

By: /s/ Peter A. Janus
Peter A. Janus
Federal Bar No. ct06309

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant's Motion for Extension of Time in Which to Respond to Plaintiff's Interrogatories and Requests for Production has been mailed, postage prepaid, this 31st day of December, 2003, to the following counsel of record:

Owen P. Eagan
Eagan & Donohue
The Griswold House
24 Arapahoe Road
West Hartford, CT 06107

By: /s/ Peter A. Janus
Peter A. Janus