18

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER GIRARD,  : CIVIL ACTION NO.
    PLAINTIFF  :
   :  3:03CV0566(CFD)
VS.  :
   :
THE ARROW LINE, INC./COACH USA  :
    DEFENDANT  : OCTOBER 31, 2003

APPROVED and SO ORDERED

Chief F. Droney, U.S.D.J.
Hartford CT

**RULE 26f - REPORT OF THE PARTIES' PLANNING MEETING**

Date Complaint Filed: .......................... March 28, 2003

Date Complaint Served: .......................... April 1, 2003

Date of Defendant, The Arrow Line, Inc./
Coach USA's
Appearance .......................... May 21, 2003

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and Local Civil Rule 38, a conference was held on various dates between May 15, 2003 to October 13, 2003. The participants were:

Owen P. Eagan for Plaintiff, Peter Girard;

Peter A. Janus for Defendant: The Arrow Line, Inc./Coach USA

I.    **Certification.**    Undersigned counsel certify that they have developed the following proposed case management plan. Counsel further certify that they have forwarded a copy of this report to their clients.

03cv566end18