## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER GIRARD,<br>      PLAINTIFF | :   CIVIL ACTION NO.<br>:<br>:        3:03CV0566(CFD) |
| VS. | :<br>: |
| THE ARROW LINE, INC./COACH USA,<br>      DEFENDANT | :<br>:   MARCH 4, 2004 |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

The Plaintiff, Peter Girard, respectfully requests from the Court an additional extension of time of 30 days, until April 11, 2004, in which to respond to the Defendant's interrogatories and requests for production in the above captioned case. The response was originally due on March 11, 2004.

Plaintiff requests this additional extension for the reason that counsel was on trial at the Superior Court in New Britain, Connecticut and needs to meet with the Plaintiff and obtain all of the requested documentation to respond to the Defendant's interrogatories and requests for production.

Defendant's counsel has been contacted and he has no objection to this request for additional time.

This is the first such request of the Plaintiff for an extension of time.

PLAINTIFF,
PETER GIRARD

BY_____
　　Owen P. Eagan, Esq.
　　EAGAN & DONOHUE
　　24 Arapahoe Road
　　West Hartford, CT 06107
　　Fed. Bar #: ct00716
　　(860)232-7200

## **CERTIFICATION OF SERVICE**

      This certifies that a copy of the foregoing Plaintiff's Motion for Extension of Time was mailed, postage prepaid, to all parties of record this 4th day of March, 2004 as follows:

Peter A. Janus
Siegel, O'Connor, Zangari, O'Donnell & Beck, P.C,
150 Trumbull Street
Hartford, CT 06103

                                                      Owen P. Eagan, Esq.

*G214-P12MotionExtenTimeD&P's.01revised/st*