# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| **PETER GIRARD,** | : | **CASE NO.: 3:03CV0566(CFD)** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE ARROW LINE, INC./COACH USA,** | : | |
| | : | |
| **Defendant.** | : | **APRIL 13, 2004** |
| | : | |

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

The defendant, The Arrow Line, Inc./Coach USA, respectfully requests from the Court an extension of time of 8 days, until April 30, 2004, in which to respond to plaintiff's Motion to Amend Complaint in the above-captioned case.  The response was originally due on April 22, 2004.

Defendant requests this extension for the reason that although this Motion to Amend Complaint was filed on or about March 31, 2004 defendant's counsel did not receive a copy until April 8, 2004.  In addition, defendant's counsel has an extensive legal brief due on April 23rd in a different, pending client matter.

Plaintiff's counsel has been contacted and he has no objection to this request for additional time.

This is the second request for an extension of time in connection with this matter.

**ORAL ARGUMENT NOT REQUESTED**

DEFENDANT,
THE ARROW LINE, INC./COACH USA

By: Siegel, O'Connor, Zangari,
        O'Donnell & Beck, P.C.
    Its Attorneys
    150 Trumbull Street
    Hartford, Connecticut  06103
    (860) 727-8900

By: _____
    Peter A. Janus
    Federal Bar No.  ct06309

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2004, a copy of the foregoing Motion

to Amend Complaint was mailed, first class mail, postage pre-paid to:

        Owen P. Eagan, Esq.
        EAGAN & DONOHUE
        24 Arapahoe Road
        West Hartford, CT 06107

_____
Peter A. Janus

2