IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER GIRARD, | CASE NO.: 3:03CV0566(CFD) |
| Plaintiff, | |
| v. | |
| THE ARROW LINE, INC./COACH USA, | |
| Defendant. | APRIL 13, 2004 |

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT

FILED 2004 APR 15 P 12:01 U.S. DISTRICT COURT HARTFORD CT

FILED 2004 APR 13 P 3:10 U.S. DISTRICT COURT HARTFORD CT

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

The defendant, The Arrow Line, Inc./Coach USA, respectfully requests from the Court an extension of time of 8 days, until April 30, 2004, in which to respond to plaintiff's Motion to Amend Complaint in the above-captioned case. The response was originally due on April 22, 2004.

Defendant requests this extension for the reason that although this Motion to Amend Complaint was filed on or about March 31, 2004 defendant's counsel did not receive a copy until April 8, 2004. In addition, defendant's counsel has an extensive legal brief due on April 23rd in a different, pending client matter.

Plaintiff's counsel has been contacted and he has no objection to this request for additional time.

This is the second request for an extension of time in connection with this matter.

**ORAL ARGUMENT NOT REQUESTED**