# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER GIRARD,<br>    PLAINTIFF | : CIVIL ACTION NO.<br>:<br>:        3:03CV0566(CFD) |
| VS. | :<br>: |
| THE ARROW LINE, INC./COACH USA,<br>    DEFENDANT | :<br>: MAY 17, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

The Plaintiff, Peter Girard, respectfully moves this Court for a modification of the scheduling order in regard to the close of discovery date.

Under the terms of the present scheduling order, the deadline for the close of discovery is June 1, 2004. Plaintiff hereby seeks an extension of time until September 1, 2004 to complete his depositions for the reason being that Plaintiff's counsel is going to trial this month and has another trial scheduled for early June, 2004.

Peter Janus, Defendant's counsel, has no objection to an extension of this deadline until September 1, 2004.

Plaintiff hereby represents that this is the first motion to extend the time deadline for depositions.

-1-

**WHEREFORE**, the Plaintiff moves this Court for an extension of time until September 1, 2004 to take the depositions of the witnesses in this matter.

> PLAINTIFF,
> PETER GIRARD
>
> BY_____
> Owen P. Eagan, Esq.
> EAGAN & DONOHUE
> 24 Arapahoe Road
> West Hartford, CT 06107
> Fed. Bar #: ct00716
> (860)232-7200

## CERTIFICATION OF SERVICE

      This certifies that a copy of the foregoing Plaintiff's Motion for Extension of Time was mailed, postage prepaid, to all parties of record this 17th day of May, 2004 as follows:

Peter A. Janus
Siegel, O'Connor, Zangari, O'Donnell & Beck, P.C,
150 Trumbull Street
Hartford, CT 06103


                                            Owen P. Eagan, Esq.

*G214-P17.MotionExtenTime/st*