ED. The Court finds good cause to amend, pursuant to Fed. R. Civ. P. 16(b) and Parker v. Columbia Pictures Industries, F.3d 326, 340 (2d Cir. 2000). So ordered.

opher F. Droney
d States District Judge
/04

U.S. DISTRICT COURT
HARTFORD, CT.

FILED

2004 APR -1 P ..

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TER GIRARD,<br>PLAINTIFF | : | CIVIL ACTION NO.<br>3:03CV0566(CFD) |
| E ARROW LINE, INC./COACH USA<br>DEFENDANT | : | MARCH 31, 2004 |

**MOTION TO AMEND COMPLAINT**

The Plaintiff, Peter Girard, in the above-captioned matter hereby moves the Court to permit to amend his Complaint per the appended Amended Complaint pursuant to Rule 15 of the eral Rules of Civil Procedure for the following reasons:

a. To conform to the evidence;

b. To clarify and define the Plaintiff's claims;

c. To add a Count for negligent infliction of emotional distress claim; and

d. To add a Second Count for overtime claims.

Rule 15 of the Federal Rules of Civil Procedure provides that a party may amend his plaint by leave of the Court and leave shall be freely given when justice so requires. The ond Circuit has stated:

> Under the Federal Rules of Civil Procedure, a party may amend its pleading once as a matter of right before a responsive pleading is served or, if no responsive pleading is permitted and the case has not yet been placed on the