## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER GIRARD,<br>    PLAINTIFF | : CIVIL ACTION NO.<br>:<br>: 3:03CV0566(CFD) |
| VS. | :<br>: |
| THE ARROW LINE, INC./COACH USA,<br>    DEFENDANT | :<br>: NOVEMBER 2, 2004 |

### STIPULATION TO DISMISSAL

The Parties hereto, stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of the named Parties, and the judgment enter accordingly.

RESPECTFULLY SUBMITTED,　　　　　　　　RESPECTFULLY SUBMITTED,
PLAINTIFF　　　　　　　　　　　　　　　　　　DEFENDANTS

BY _____　　　　　　　BY _____
Owen P. Eagan　　　　　　　　　　　　　　　Peter A. Janus, Esq.
Eagan & Donohue　　　　　　　　　　　　　Siegel, O'Connor, Zangari, O'Donnell & Beck
24 Arapahoe Road　　　　　　　　　　　　　150 Trumbull Street
West Hartford, CT 06107　　　　　　　　　　Hartford, CT 06103

G214-P18.StipDismissal/st

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Stipulation to Dismissal has been mailed, this 15th day of November, by first class mail, postage pre-paid to:

Owen P. Eagan
Eagan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

_____
Peter A. Janus