# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER GIRARD,<br>    PLAINTIFF | : CIVIL ACTION NO.<br>:<br>: 3:03CV0566(CFD) |
| VS. | : |
| THE ARROW LINE, INC./COACH USA,<br>    DEFENDANT | :<br>: NOVEMBER 2, 2004 |

### STIPULATION TO DISMISSAL

The Parties hereto, stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of the named Parties, and the judgment enter accordingly.

RESPECTFULLY SUBMITTED,
PLAINTIFF

BY _____
Owen P. Eagan
Eagan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

RESPECTFULLY SUBMITTED,
DEFENDANTS

BY _____
Peter A. Janus, Esq.
Siegel, O'Connor, Zangari, O'Donnell & Beck
150 Trumbull Street
Hartford, CT 06103

*G214-P18.StipDismissal/st*

APPROVED and SO ORDERED
Christopher F. Droney, U.S.D.J.
Hartford, CT 11/18/04